UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Krista Marie Picciotti, | Case 2:21-cv-01642-BHH |
| Plaintiff, | |
| vs. | **ORDER REMANDING CASE** |
| Charles Buis and Cars to Go, | |
| Defendants. | |

On joint motion of the parties, it is hereby ordered that this action shall be and is hereby remanded to the Court of Common Pleas for Clarendon County, South Carolina, and that this action may proceed in that court.

IT IS SO ORDERED.

s/ Bruce Howe Hendricks
Honorable Bruce Howe Henricks
United States District Judge

July _1_, 2021

Charleston, South Carolina